151 A.3d 81

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. HOPE HEWITT, DEFENDANT-PETITIONER.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005147-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 81

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
SAMUEL RODRIGUEZ, DEFENDANT-PETITIONER.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005805-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.